No. 86–1652. LIQUID TRANSPORTERS, INC. *v.* REVENUE CABINET OF KENTUCKY. Appeal from Ct. App. Ky. dismissed for want of substantial federal question.

No. 86–1666. CROSS *v.* OHIO. Appeal from Ct. App. Ohio, Greene County, dismissed for want of substantial federal question.

No. 86–908. UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC *v.* RAWSON, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR RAWSON, ET AL. Sup. Ct. Idaho. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Electrical Workers* v. *Hechler,* 481 U. S. 851 (1987).

No. 86–5533. CHIRINO *v.* JORDAN MARSH CO. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Shaare Tefila Congregation* v. *Cobb,* 481 U. S. 615 (1987), and *Saint Francis College* v. *Al-Khazraji,* 481 U. S. 604 (1987).

No. 86–1408. HAYNIE ET AL. *v.* ROSS GEAR DIVISION OF TRW, INC., ET AL. C. A. 6th Cir. [Certiorari granted, 481 U. S. 1003.] On the basis of the representations made in the parties' joint stipulation of dismissal and suggestion of mootness, the judgment of the United States Court of Appeals for the Sixth Circuit is vacated and the case is remanded to that court with a direction to dismiss. See *United States* v. *Munsingwear, Inc.,* 340